UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RANDY SANCHEZ,

                              Plaintiff,                      JUDGMENT
      v.                                                           23-CV-4835 (HG)

DAILY NUTRITIONALS, INC.,

                              Defendant.
-----------------------------------------------------------------X

       An Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on December 5, 2023, directing the parties to file either a stipulation of dismissal that complies with Rule 41 or a letter explaining why Plaintiff's claims should not be dismissed for lack of jurisdiction; and an Order having been filed on December 11, 2023, dismissing this case for lack of jurisdiction and directing the Clerk of Court to enter judgment; it is

       ORDERED and ADJUDGED that this case is dismissed for lack of jurisdiction.

| | |
|---|---|
| Dated: Brooklyn, New York<br>December 12, 2023 | Brenna B. Mahoney<br>Clerk of Court |
| | By:   */s/Jalitza Poveda*<br>       Deputy Clerk |